UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUCINDA O'DEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-02763<br><br>Hon. Andrea R. Wood |

## JOINT MOTION TO STAY PENDING MDL DETERMINATION

Plaintiff Lucinda O'Dea ("Plaintiff") and Defendant Target Corporation ("Defendant"), by and through their attorneys, hereby move the Court for entry of an Order staying this case pending the Judicial Panel on Multidistrict Litigation's ("JPML") ruling on a petition for transfer of actions for coordinated pretrial proceedings — concerning actions pending across the country related to the manufacture and sale of benzoyl peroxide acne products — pursuant to 28 U.S.C. § 1407. *See* MDL 3120, *In re Benzoyl Peroxide "BPO" Marketing and Sales Practices Litigation*, Dkt. No. 1. In support, the Parties respectfully state:

1. Plaintiff filed her complaint against Defendant on April 5, 2024. ECF No. 1.

2. In doing so, Plaintiff alleged that Defendant sold Up & Up brand benzoyl peroxide acne products manufactured, distributed, and sold by Defendant, that contain dangerously high levels of benzene, a carcinogen. *Id.*

3. Plaintiff alleges that her claims are supported, in-part, by a third-party laboratory's, Valisure, LLC,'s, findings that numerous companies' (including Defendant's) benzoyl peroxide acne products contained high levels of benzene.

ACTIVE 698963058v1

4. Over thirty (30) lawsuits have been filed across the county against various defendants under similar theories.

5. Several lawsuits have been filed against Defendant based on similar allegations.

6. As a result, on May 22, 2024, a petition was filed to the JPML by numerous plaintiffs for a motion for transfer of actions for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL petition"). *See* MDL 3120, *In re Benzoyl Peroxide "BPO" Marketing and Sales Practices Litigation*, Dkt. No. 1.

7. Critically, **the present action was included in the schedule of actions** filed in the plaintiffs' MDL petition. *Id.* Dkt. No. 1-2.

8. Accordingly, the present action will be directly impacted by the JPML's decision on the MDL petition, and therefore good cause exists for the Parties motion to stay the case pending MDL determination.

9. As a result, the Parties respectfully request that the Court grant this Joint Motion to Stay Pending MDL Determination.

10. The Parties propose that they file a joint status report within fourteen (14) days of the JPML's ruling on the MDL petition to update the Court as to whether the MDL petition was granted, or if a schedule should be set for the remainder of the case.

11. This is the first time that the Parties have requested a stay of the case, and no party shall be prejudiced by the requested relief, as indicated by the fact that both Parties assent to this motion.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion to Stay Pending MDL Determination.

ACTIVE 698963058v1

Dated: May 29, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A**

By: */s/ Philip L. Fraietta*

Philip Fraietta
1330 Avenue of the Americas
32nd Floor
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Russell M. Busch
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Suite 2100
Chicago, IL 60606
Tel: (630) 796-0903
Email: rbusch@milberg.com
gklinger@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Tel: (313) 303-3472
Email: nsuciu@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
J. Hunter Bryson
405 E 50th Street
New York, NY 10022
Telephone: (630) 796-0903
Email: hbryson@milberg.com

*Attorneys for Plaintiff*

Dated: May 29, 2024						Respectfully submitted,


								**GREENBERG TRAURIG, LLP**
								By:	*/s/ Brian D. Straw*	

								Brett M. Doran
								Brian D. Straw
								Dambi Kim
								77 West Wacker Drive, Suite 3100
								Chicago, IL 60601
								Telephone: (312) 456-8400
								Email: DoranB@gtlaw.com
								Brian.Straw@gtlaw.com
								Dambi.Kim@gtlaw.com


								*Attorney for Defendant*

4

## CERTIFICATE OF SERVICE

I, Philip L. Fraietta, hereby certify that on May 29, 2024 a copy of the foregoing document was filed electronically using the CM/ECF System, which will send notification of such filing to all counsel of record.

                                              */s/ Philip L. Fraietta*
                                                  Philip. L. Fraietta

                                            **BURSOR & FISHER, P.A**
                                            1330 Avenue of the Americas
                                            32nd Floor
                                            New York, New York 10019
                                            Telephone: (646) 837-7150
                                            Facsimile: (212) 989-9163
                                            Email: pfraietta@bursor.com