# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lucinda O'Dea

                        Plaintiff,

v.                                           Case No.: 1:24–cv–02763
                                                 Honorable Andrea R. Wood

Target Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 18, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 9/18/2024. For the reasons stated on the record, Defendant's motion to transfer venue to the District of Minnesota pursuant to 28 U.S.C. § 1404(a) [24] is granted as unopposed. The Clerk of Court is directed to transfer this action to the District of Minnesota forthwith. The Clerk shall terminate the case as pending in this district. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.